UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re

Kevin Golom

**Order Filed on January 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 22-11194-CMG

Adv. No.:

Hearing Date: 1/18/23

Judge: Christine M. Gravelle

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of Wyndmoor Apartments LLC. under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain residential premises as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights to evict the debtor from the property described below to the extent and in the manner provided by any applicable lease documents and nonbankrutpcy law.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

**Description of Leased Premises:**

4 Civic Center dr. #8
East Brunswick, NJ 08816

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a copy of the foregoing order was served on the following:
MOVANT.

Jeanne A. Naughton, Clerk